UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | LORRA GARRISON | : |
| | | : CHAPTER 13 |
| | Debtor(s) | : |
| | | : |
| | JACK N. ZAHAROPOULOS | : |
| | CHAPTER 13 TRUSTEE | : |
| | Movant | : |
| | | : |
| | vs. | : |
| | | : |
| | LORRA GARRISON | : |
| | | : |
| | Respondent(s) | : CASE NO. **1:25-bk-02932-HWV** |

TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

COMES NOW Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Schedule I lacks description. The debtor testified at her creditors' meeting that she has not worked at the employer listed on Schedule I since September 2025. She also testified that she has been receiving a pension of about $2,600/month since August 2025.

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a. The plan is underfunded relative to claims to be paid.
    b. Secured claims not in plan (Claim #1).

3. The Trustee provides notice to the Court as to the ineffectiveness of debtor(s)' Chapter 13 Plan for the following reasons:

    a. On Page 1 of the Plan, in the "Notices" provision, none of the boxes are checked for the second and third items.

    b. The Plan contains inappropriate nonstandard provisions, contrary to § 1322(b)(11). *See In re Parkman*, 589 B.R. 567, 574 (Bankr. S.D. Miss. 2018); *In re Mank*, No. 19-04199, 2020 WL 1228671 at *2 (Bankr. E.D.N.C. Mar. 3, 2020).

4. Trustee avers that debtor(s)' plan cannot be administered due to the lack of the following:

    a. The Trustee requests proof of the debtor's pension that she receives in the approximate amount of $2,600/month.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s)' plan.
b. Dismiss or convert debtor(s)' case.
c. Provide such other relief as is equitable and just.

Dated: January 15, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

      I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

MARK MOULTON, ESQUIRE  
693 STATE ROUTE 739 STE 1  
LORDS VALLEY, PA 18428-

Dated:     January 15, 2026

        /s/ Jack N. Zaharopoulos  
        Office of Jack N. Zaharopoulos  
        Standing Chapter 13 Trustee