United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 25-02932-HWV
Lorra Garrison Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke Page 1 of 2
Date Rcvd: Jul 21, 2026 Form ID: pdf010 Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lorra Garrison, 115 Caribou RD, Dingmans Ferry, PA 18328-3108 |
| 5750063 | + | Geisinger Community Med Ctr, 1800 Mulberry Street, Scranton, PA 18510-2369 |
| 5750065 | + | Joshua Wolak, 115 Caribou Rd, Dingmans Ferry, PA 18328-3108 |
| 5750068 | | Pocono Mountain Lake Forest, 111 Country Club Rd, Dingmans Fry, PA 18328-3005 |
| 5750069 | + | Robert H. Roach, Jr, 115 Caribou Rd, Dingmans Ferry, PA 18328-3108 |
| 5750070 | + | The Standard Pension Loans, Eight Tower Bridge, 161 Washington St., Suite 1175, Conshohocken, PA 19428-2067 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5750061 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2026 18:43:44 | Capital One, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 5750062 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 21 2026 18:45:00 | Dept. Ed./ Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5767417 | + | Email/Text: BNCnotices@dcmservices.com | Jul 21 2026 18:45:00 | GEISINGER, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5750064 | + | Email/Text: bankruptcynotices@homedepot.com | Jul 21 2026 18:45:00 | Home Depot, ATTN Legal, 2455 Paces Ferry Rd., Atlanta, GA 30339-1834 |
| 5750066 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 21 2026 18:43:44 | Kohl's Credit/Recovery, P.O. Box 304, Milwaukee, WI 53201-0304 |
| 5751708 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2026 18:43:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5768809 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 21 2026 18:45:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 5752883 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 21 2026 18:45:00 | Nationstar Mortgage LLC, c/o Shawn Miller, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5750067 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 21 2026 18:45:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5760818 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 21 2026 18:43:44 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5751242 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 21 2026 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5750071 | | Email/Text: UpStart@ebn.phinsolutions.com | Jul 21 2026 18:45:00 | Upstart Operations Dept., Po Box 1503, San Carlos, CA 94070-7503 |
| 5765309 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 21 2026 18:43:48 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 5750072 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 21 2026 18:43:48 | Wells Fargo Bank, N.A., Bankruptcy Processing |

| | | | |
|---|---|---|---|
| | | | Center, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 5750073 | + Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 21 2026 18:43:48 | Wells Fargo Card Servs, 1000 Blue Gentian Road, Bankruptcy Processing Center, Eagan, MN 55121-4400 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| **Recip ID** | **Bypass Reason** | **Name and Address** |
|---|---|---|
| cr | | Nationstar Mortgage LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Mark E. Moulton | on behalf of Debtor 1 Lorra Garrison markmoulton@moultonslaw.com staff@moultonslaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| LORRA GARRISON, aka LORRA ROACH, | : | |
| | : | CASE NO. 1:25-bk-02932-HWV |
| Debtor. | : | |

**ORDER**

Upon consideration of the Trustee's Certificate of Default, Doc. 61, and this Court's June 10, 2026 Order directing the Debtors to file an amended plan within 30 days, Doc. 60, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 21, 2026